UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  2/19/2026 |

UNITED STATES OF AMERICA,

-v-

ERVIN HERNANDEZ,

Defendant.

25-cr-76 (MKV)

ORDER APPOINTING
LEARNED COUNSEL

MARY KAY VYSKOCIL, United States District Judge:

Pursuant to 18 U.S.C. § 3005 and the SDNY Policy Governing Appointment of CJA

Counsel in Capital Cases, IT IS HEREBY ORDERED that Ezra Spilke is appointed as Learned

Counsel for the defendant.  The Court will separately issue a Seed Budget Order.

**SO ORDERED.**

**Date:  February 19, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**