UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

YENDER MAYKIER MATA, ERVIN HERNANDEZ,
and KERLYN NATALIY PEREZ-LOPEZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/4/26___

25-cr-76 (MKV)

SCHEDULING ORDER ONE
FOR TRIAL GROUP FIVE

MARY KAY VYSKOCIL, United States District Judge:

On May 4, 2026, the Court held a status conference in this matter with Defendants Yender Maykier Mata, Ervin Hernandez, and Kerlyn Nataliy Perez-Lopez ("Trial Group Five").  As stated on the record at the conference IT IS HEREBY ORDERED that the trial of Trial Group Five will commence on **January 11, 2028**.  Based on the government's estimate, the Court is allotting three weeks for the trial (excluding jury selection and the penalty phase in the event that the government seeks the death penalty).

IT IS FURTHER ORDERED that defense counsel for Trial Group Five shall submit to the government its mitigation submissions by September 14, 2026.  To facilitate the management of this case, the Court respectfully requests that the Office of the Attorney General advise the Court and the defendants of its decision whether to seek the death penalty against the defendants in Trial Group Five by **December 14, 2026**.

IT IS FURTHER ORDERED that the defendants in Trial Group Five shall file guilt phase motions (excluding any motions that would require the submission of factual affidavits from the defendants) by **November 16, 2026**.  Oppositions are due by December 7, 2026.  Any replies are due by December 28, 2026.

IT IS FURTHER ORDERED that the Court will hold a conference with the defendants in Trial Group Five on **December 18, 2026** at 11:00 a.m.  The government and the Trial Group Five defendants shall submit a joint status letter three days in advance of the conference.

IT IS FURTHER ORDERED that, on the consent of the defendants in Trial Group Five, all time is excluded under the Speedy Trial Act as to Defendants Mata, Hernandez, and Perez-Lopez until January 11, 2028.  The Court finds that such exclusion of time serves the interests of justice and outweighs the interests of the defendants and the public in a speedy trial because, among other reasons, these defendants need time to prepare their mitigation submissions in connection with the decision of the Office of the Attorney General whether to seek the death penalty, to review voluminous discovery, to consider and file potential motions (including motions challenging any notice of intent to seek the death penalty), to prepare for trial, and to discuss any potential pretrial dispositions of the charges.

**SO ORDERED.**

**Date:  May 4, 2026**
       **New York, NY**

MARY KAY VYSKOCIL
United States District Judge