THE LAW OFFICES OF STEVEN E. LYNCH
125 MAIDEN LANE, SUITE 5C
NEW YORK, NY 10038
TELEPHONE: (212) 498-9494
FAX: (212) 498-9320
STEVEN@STEVENELYNCH.COM
WWW.STEVENELYNCH.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________
DATE FILED: 11/13/2026

November 12, 2026

**BY EMAIL AND ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Zambrano-Pacheco et al.*, 25 Cr. 76 (MKV)

Dear Judge Vyskocil:

I represent Kerlyn Perez-Lopez in the above-captioned matter. I write on behalf of the Trial Group Five defendants, Kerlyn Perez-Lopez, Yender Maykier Mata, and Ervin Hernandez, to respectfully request that the Court extend the November 16, 2026 deadline for pretrial motions that would not require factual affidavits from the defendants and adjust the corresponding response and reply dates. This is our first request for an extension of time to file pretrial motions. The Government consents to this request. This request will not have any impact on the status of the clock under the Speedy Trial Act, 18 U.S.C. § 3161, as time has already been excluded through January 11, 2028.

This additional time will allow the defense to continue to review discovery and negotiate a pretrial disposition with the Government. We have been reviewing discovery with our clients but require additional time to review the voluminous materials that we have already received.

We are respectfully requesting February 2027 dates aligning with the schedule ordered by the Court for Trial Group Three and proposed by the defendants in Trial Group Four. The schedule we propose is as follows: defense motions due Friday, February 12, 2027; the Government's responses due Friday, March 5, 2027; and defense replies due Friday, March 26, 2027. Our trial is scheduled to begin on January 11, 2028. This would close the briefing more than nine months before the trial is scheduled to begin. We thank the Court for its consideration.

Respectfully submitted,

Steven Lynch
*Counsel for Kerlyn Perez-Lopez*

**Granted. SO ORDERED.**

Date: 11/13/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge